ACCEPTED
15-24-00075-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 3:15 PM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 15-24-00075-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 3:15:58 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF AUSTIN, TEXAS

_____

SIGNAD, LTD.,

Appellant,

V.

TEXAS DEPARTMENT OF TRANSPORTATION

Appellee.

_____

On Appeal from the 126th Judicial District Court of Travis County, Texas; Cause No. D-1-GN-21-004113; the Honorable
Aurora Martinez Jones, Presiding

_____

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, Appellant files this First Motion for Extension of Time to File Appellant's Reply Brief, and would show the Court as follows:

1.     Appellant's Reply Brief is due to be filed on February 10, 2025.

2.     Appellant requests an extension of thirty days from February 10, 2025, to March 12, 2025, to file Appellant's Reply Brief.

1

3.      Appellant needs an extension of time to file its Brief because time constraints on Appellant's counsel have made it impossible to complete the Brief by February 10, 2025. In addition to numerous routine duties, Appellant's counsel has to make substantial time commitments to the following:

a.      Preparation of Plaintiff's Response to the Texas Department of Transportation's Amended Motions to Dismiss in *John Gannon Inc. v. Texas Department of Transportation, et al*, in the United States District Court for the South District of Texas, Houston Division, Civil Action No. 4:21-CV-03190;

b.      Preparation of Plaintiff's Responses to two Motions for Summary Judgment set for written submission on February 20, 2024, in *Primary Media Group, Inc. v. LT Ranch Properties LLC*, in the 43RD Judicial District Court of Parker County, Texas, Cause No CV24-1475;

c.      Preparation of Motion for Summary Judgment, Motion for Continuance, Response to Motion to Quash, Response to Motion to Compel, Privilege Log, and Response to Motion for Protective Order, and preparation for hearings thereon, in *Primary Media Group, Inc. v. LT Ranch Properties LLC*, in the 43RD Judicial District Court of Parker County, Texas, Cause No CV24-1475;

d.      Preparation for and presentation at February 27, 2025 hearing before the Houston General Appeals Board concerning the appeal of the City of

Houston Sign Administration's denial of a sign permit application of SignCo America;

e. Preparation of Motion for Summary Judgment, and hearing thereon, in *Texas Department of Transportation v. Primary Media Group, Inc.*, in the 431ST Judicial District Court of Denton County, Texas, Cause No. 23-1706-431;

f. Preparation for trial on April 7–9, 2025, in *Texas Department of Transportation v. Primary Media Group, Inc.*, in the 431ST Judicial District Court of Denton County, Texas, Cause No. 23-1706-431; and

g. Preparation for presentation at the bi-annual conference of the International Billboard Operators in Salt Lake City, Utah, on April 10, 2025.

4. This is Appellant's first Motion for Extension of Time to file Appellant's Reply Brief. The Court previously granted Appellant two extensions of time to file Appellant's Brief.

5. Appellee is unopposed to the foregoing request for an extension.

For these reasons, Appellant prays that the Court grant this Motion and extend the time for filing Appellant's Reply Brief to March 12, 2025. Appellant prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**ROTHFELDER & FALICK, L.L.P.**

*/s/ Christopher W. Rothfelder*
Christopher Warren Rothfelder
Texas Bar No. 24084740
crothfelder@rothfelderfalick.com
Richard L. Rothfelder
Texas Bar No. 17318100
rrothfelder@rothfelderfalick.com
Rothfelder & Falick, L.L.P.
1517 Heights Blvd.
Houston, Texas 77008
Telephone: (713) 220-2288
Facsimile: (713) 658-8211
**ATTORNEYS FOR APPELLANT**
**SIGNAD, LTD.**

## CERTIFICATE OF CONFERENCE

Prior to filing this Motion, I contacted counsel for Appellee, Joshua Longi, who indicated that Appellee was not opposed to the relief requested herein.

*/s/ Christopher W. Rothfelder*
Christopher W. Rothfelder

## CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I served a true and correct copy of the foregoing, by electronic service, upon the counsel of record listed below:

Joshua Longi
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Joshua.Longi@oag.texas.gov

*/s/ Christopher W. Rothfelder*
Christopher W. Rothfelder

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Roch on behalf of Christopher Rothfelder
Bar No. 24084740
maryaroch@yahoo.com
Envelope ID: 96920194
Filing Code Description: Motion
Filing Description: Appellant's First Motion for Extension of Time to File Appellant's Reply Brief
Status as of 2/3/2025 3:34 PM CST

Associated Case Party: SignAd, Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher W.Rothfelder | | crothfelder@rothfelderfalick.com | 2/3/2025 3:15:58 PM | SENT |
| Richard L.Rothfelder | | rrothfelder@rothfelderfalick.com | 2/3/2025 3:15:58 PM | SENT |

Associated Case Party: Texas Department of Transportation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Longi | 24095228 | joshua.longi@oag.texas.gov | 2/3/2025 3:15:58 PM | SENT |
| Ally Wickliffe | | ally.wickliffe@oag.texas.gov | 2/3/2025 3:15:58 PM | SENT |